```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 02589
   ROY HARRIS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3077


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/14/2007 and was confirmed 08/16/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.23%.

    The case was dismissed after confirmation 01/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------
SN SERVICING CORPORATION CURRENT MORTG         .00            .00           .00
SN SERVICING CORPORATION MORTGAGE ARRE     3918.65            .00       3918.65
AMERIQUEST MORTGAGE      NOTICE ONLY     NOT FILED            .00           .00
COOK COUNTY TREASURER    SECURED           675.00             .00        675.00
CITY OF CHICAGO PARKING  UNSECURED          240.00            .00           .00
ARROW FINANCIAL SERVICES UNSECURED       NOT FILED            .00           .00
AT & T WIRELESS          UNSECURED       NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED         1292.07            .00           .00
GOLDMAN & GRANT          UNSECURED       NOT FILED            .00           .00
CNA SURETY               UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON      UNSECURED         1355.23            .00           .00
B-LINE LLC               UNSECURED          888.66            .00           .00
FORD MOTOR CREDIT        UNSECURED         9095.83            .00           .00
LOYOLA UNIVERSITY PHYSIC UNSECURED          326.40            .00           .00
MAYWOOD FAMILY HEALTH CE UNSECURED       NOT FILED            .00           .00
MAYWOOD POLICE DEPARTMEN UNSECURED       NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED         9393.69            .00           .00
WEST SUBURBAN HEALTH CAR UNSECURED       NOT FILED            .00           .00
WESTLAKE COMMUNITY HOSPI UNSECURED       NOT FILED            .00           .00
SN SERVICING CORPORATION NOTICE ONLY     NOT FILED            .00           .00
CITY OF CHICAGO WATER DE SECURED           600.00             .00        600.00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED            .00           .00
INTERNAL REVENUE SERVICE UNSECURED       NOT FILED            .00           .00
VERONICA D JOYNER        DEBTOR ATTY       2,374.00                     2,374.00
TOM VAUGHN               TRUSTEE                                          541.74
DEBTOR REFUND            REFUND                                             .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  8,109.39

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 02589 ROY HARRIS
```

```
PRIORITY                                                              .00
SECURED                                                          5,193.65
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,374.00
TRUSTEE COMPENSATION                                               541.74
DEBTOR REFUND                                                         .00
                                        ---------------    ---------------
TOTALS                                         8,109.39           8,109.39
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 04/23/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE